# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESCO INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN DONEL, a California resident; LAW OFFICES OF BENJAMIN DONEL, INC. A PROFESSIONAL CORPORATION, a California professional corporation; SUNSET EQUITY PARTNERS, LLC, a California limited liability company; THE FARA SAN MARTINO, LLC, a California limited liability company; CANYON POTTERY COMPANY, INC., a California corporation and JOHN F. DEVLIN, a California resident,<br><br>Defendants. | Case No. 3:16-cv02729-WQH-MDD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS THE FARA SAN MARTINO, LLC, CANYON POTTERY COMPANY, INC. AND JOHN F. DEVLIN**<br><br>Case Filing Date:11/03/2016<br>Trial Date:      None Set |

Based upon the stipulation ("Stipulation") of the parties for the dismissal with prejudice of the claims asserted by plaintiff Wesco Insurance Company ("Wesco") against defendants The FARA San Martino, LLC; Canyon Pottery Company, Inc. and John F. Devlin ( "FARA Parties") in the captioned action

("Wesco Action"), and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. All of the claims of plaintiff Wesco against the FARA Parties in the Wesco Action are dismissed with prejudice.

2. The FARA Parties shall be bound by all existing orders, including but not limited to this Court's order entered on November 22, 2016 that provided subject to certain terms, among other things, that no potential coverage existed under the Lawyers Professional Liability Insurance Policy issued by Wesco to the Law Offices of Benjamin Donel ("Donel Firm") bearing Policy No. WPP1199679-01 for the policy period December 10, 2015 to December 10, 2016 ("Policy") for any of the claims against the Donel Firm and Benjamin Donel ("Donel Parties") in the action *The Fara San Martino LLC v. Sunset Equity Partners, LLC et al.*, San Diego County Superior Court Case No. 37-2016-00022907-CU-NP-CTL ("FARA Action") such that Wesco had no duty to defend the Donel Parties after November 21, 2016 and that Wesco had no duty to indemnify any claims against any party in that action, findings, conclusions, determinations, decrees, stipulations and/or judgments made in the Wesco Action with respect to the relief requested by Wesco in the Wesco Action in the same manner and to the same extent as if the FARA Parties had been parties to the Wesco Action.

3. All parties shall bear their own costs and attorney fees in connection with the dismissal of the FARA Parties with prejudice from the Wesco Action.

4. The parties hereto release any and all known and unknown claims that were, could or should have been asserted against each other in the Wesco Action, relating to, and/or arising out of the Policy and/or the Wesco Action and/or the FARA Action, and expressly waive all rights and remedies available under California Civil Code §1542 that provides "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially

affected his or her settlement with the debtor." Such releases pertain solely to the Policy and not to any other insurance policies issued by Wesco.

5. The FARA Parties shall not be required to respond to the Complaint in the Wesco Action and no default will be taken against the FARA Parties.

6. Each party to the Stipulation has made such investigation of the facts pertaining to this Stipulation and all matters that are the subject of the Stipulation as it has independently deemed necessary and appropriate, including but not limited to, consulting attorneys for independent legal advice on the advisability of entering into this Stipulation and the waiver of California Civil Code §1542 provided in this Stipulation.

7. The Stipulation and this Order do not pertain to any other parties in the Wesco Action.

8. The Stipulation and this Order pertain solely to the Policy and not to any other insurance policies issued by Wesco.

IT IS SO ORDERED.
Dated: May 1, 2017

*/s/ William Q. Hayes*
Hon. William Q. Hayes
United States District Court